# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2762 Disciplinary Docket No. 3
:
Petitioner : No. 136 DB 2019
:
v. : Attorney Registration No. 35990
:
ALLAN K. MARSHALL, : (Philadelphia)
:
Respondent :
:

## ORDER

**PER CURIAM**

**AND NOW** this 12th day of February, 2021, Respondent's request for oral argument is **DENIED**. Upon consideration of the Report and Recommendations of the Disciplinary Board, Allan K. Marshall is suspended from the Bar of the Commonwealth for thirty months. Respondent shall comply with all of the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).